## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

STACY JONES-HOUSLEY,                    :

     Plaintiff,                    :    **C.A. No.: 06-168**

                                 :

v.                    :

                                   :

MBNA AMERICA BANK, NA, WILLIAM    :
CHRISTIE, DIANE CANNATO,                    :
WILLIAM HALL AND GREG YANTZ,      :

     Defendants.                    :

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG , ESQUIRE, hereby certify that I have this __31st__ day of,

__March____ 2006, mailed, two (2) true and correct copies of the following document(s)

addressed to the person(s) listed below:

DOCUMENT:

Admissions Pro Hac Vice of Adrian Moody, Esq. and Stacy Shields, Esq.

PERSON:

Sheldon N. Sandler, Esq.
YOUNG, CONWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Building, 17th Floor
Wilmington, DE 19899-0391

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: _____
ARTHUR M. KRAWITZ (2440)
1202 Kirkwood Highway
Wilmington, DE   19805
(302) 998-0100
Attorney for Plaintiff