IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY JONES-HOUSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-168-JJF |
| | ) |
| MBNA AMERICA BANK, NA, | ) |
| WILLIAM CHRISTIE, | ) |
| DIANE CANNATO, WILLIAM HALL, | ) |
| AND GREG YANTZ | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Sheldon N. Sandler, hereby certify that on June 16, 2006, two copies of the following:

**Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)** were

served via U.S. First Class Mail, postage prepaid to the following person of record:

>Arthur M. Krawitz, Esquire
>Doroshow, Pasquale, Krawitz, Siebel & Bhaya
>1202 Kirkwood Highway
>Wilmington, DE 19805

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Sheldon N. Sandler (Bar ID 245)
>The Brandywine Building, 17th Floor
>1000 West Street; P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6673
>Facsimile: (302) 576-3330
>Email: ssandler@ycst.com
>Attorneys for Defendants

Dated: June 16, 2006

DB02:5366532 1                                                                                                       009626 1046

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, I electronically filed a true and correct copy of the **Notice of Service of Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)** and this Certificate of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Arthur M. Krawitz, Esquire
>   Doroshow, Pasquale, Krawitz, Siebel & Bhaya
>   1202 Kirkwood Highway
>   Wilmington, DE 19805

I further certify that on June 16, 2006, I caused a copy of the **Notice of Service of Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)** and this Certificate of Service to be served by United States First Class mail on the following counsel of record:

>   Arthur M. Krawitz, Esquire
>   Doroshow, Pasquale, Krawitz, Siebel & Bhaya
>   1202 Kirkwood Highway
>   Wilmington, DE 19805

I further certify that on June 16, 2006, I served a copy of the **Notice of Service of Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)** and this Certificate of Service on the following non-registered participant in the manner indicated below:

>   Adrian J. Moody, P.C. (U.S. First Class Mail)
>   Stacy L. Shields, Esquire
>   1616 Walnut Street, Suite 700
>   Philadelphia, PA 19103-5307

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler

Sheldon N. Sandler (Bar ID 245)
The Brandywine Building, 17th Floor
1000 West Street; P O Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendants

Date: June 16, 2006