IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY JONES-HOUSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-168-JJF |
| | ) |
| MBNA AMERICA BANK, NA, | ) |
| WILLIAM CHRISTIE, | ) |
| DIANE CANNATO, WILLIAM HALL, | ) |
| AND GREG YANTZ | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I, Sheldon N. Sandler, hereby certify that on **June 21, 2006**, two copies of the following **Defendants' First Request For Production Of Documents Directed to Plaintiff** were served via U.S. First Class Mail, postage prepaid to the following person of record:

Arthur M. Krawitz, Esquire
Doroshow, Pasquale, Krawitz, Siebel & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sheldon N. Sandler (Bar ID 245)
The Brandywine Building, 17th Floor
1000 West Street; P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendants

Dated: June 21, 2006