IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STACY JONES-HOUSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-168-JJF |
| | ) | |
| MBNA AMERICA BANK, NA, | ) | |
| WILLIAM CHRISTIE, | ) | |
| DIANE CANNATO, WILLIAM HALL, | ) | |
| AND GREG YANTZ | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I, Sheldon N. Sandler, hereby certify that on **June 21, 2006**, two copies of the following **Defendants' First Set of Interrogatories Directed to Plaintiff** were served via U.S. First Class Mail, postage prepaid to the following person of record:

        Arthur M. Krawitz, Esquire
        Doroshow, Pasquale, Krawitz, Siebel & Bhaya
        1202 Kirkwood Highway
        Wilmington, DE 19805

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _____
        Sheldon N. Sandler (Bar ID 245)
        The Brandywine Building, 17th Floor
        1000 West Street; P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6673
        Facsimile: (302) 576-3330
        Email: ssandler@ycst.com
        Attorneys for Defendants

Dated: June 21, 2006