IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY JONES-HOUSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-168-JJF |
| | ) |
| MBNA AMERICA BANK, NA, | ) |
| WILLIAM CHRISTIE, | ) |
| DIANE CANNATO, WILLIAM HALL, | ) |
| AND GREG YANTZ | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I, Sheldon N. Sandler, hereby certify that on August 9, 2006, two copies of the following:

**Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories** and

**Defendants' Objections and Responses to Plaintiff's First Set of Requests for Production of Documents** were served via U.S. First Class Mail, postage prepaid to the following person of record:

> Arthur M. Krawitz, Esquire
> Doroshow, Pasquale, Krawitz, Siebel & Bhaya
> 1202 Kirkwood Highway
> Wilmington, DE 19805
>
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> _____
> Sheldon N. Sandler (Bar ID 245)
> The Brandywine Building, 17th Floor
> 1000 West Street; P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6673
> Facsimile: (302) 576-3330
> Email: ssandler@ycst.com
> Attorneys for Defendants

Dated: August 9, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2006, I electronically filed a true and correct copy of **Notice of Service of** Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories and Defendants' Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and this Certificate of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Arthur M. Krawitz, Esquire
>Doroshow, Pasquale, Krawitz, Siebel & Bhaya
>1202 Kirkwood Highway
>Wilmington, DE 19805

I further certify that on August 9, 2006, I caused a copy of **Notice of Service of** Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories and Defendants' Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and this Certificate of Service to be served by United States First Class mail on the following counsel of record:

>Arthur M. Krawitz, Esquire
>Doroshow, Pasquale, Krawitz, Siebel & Bhaya
>1202 Kirkwood Highway
>Wilmington, DE 19805

I further certify that on August 9, 2006, I served a copy of the **Notice of Service of** Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories and Defendants' Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and this Certificate of Service on the following non-registered participant in the manner indicated below:

>Adrian J. Moody, P.C. (U.S. First Class Mail)
>Stacy L. Shields, Esquire
>1616 Walnut Street, Suite 700
>Philadelphia, PA 19103-5307

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sheldon N. Sandler (Bar ID 245)
The Brandywine Building, 17th Floor
1000 West Street; P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendants

Dated: August 9, 2006