IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY JONES-HOUSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-168-JJF |
| ) | |
| MBNA AMERICA BANK, NA, ) | |
| WILLIAM CHRISTIE, ) | |
| DIANE CANNATO, WILLIAM HALL, ) | |
| AND GREG YANTZ ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

TO:
Arthur M. Krawitz, Esquire
Doroshow, Pasquale, Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Adrian J. Moody, Esquire
Stacy L. Shields, Esquire
Law Offices of Adrian J. Moody, P.C.
1616 Walnut Street, Suite 700
Philadelphia, PA 19103

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Stacy Jones-Housley, on Thursday, November 9**, at **9:30 a.m**. and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler_____
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673, 571-5008
Facsimile: (302) 576-3330, 576-3476
Email: ssandler@ycst.com, mdibianca@ycst.com
Attorneys for Defendants

DATED:    October 12, 2006
cc:    Wilcox & Fetzer

## **CERTIFICATE OF SERVICE**

I hereby certify that on **October 12, 2006**, I electronically filed a true and correct copy of foregoing **Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Arthur M. Krawitz, Esquire
>Doroshow, Pasquale, Krawitz, Siegel & Bhaya
>1202 Kirkwood Highway
>Wilmington, DE  19805

I further certify that on **October 12, 2006**, I caused a copy of the foregoing **Notice of Deposition** to be served by United States First Class mail upon the following counsel of record:

>Adrian J. Moody, Esquire
>Stacy L. Shields, Esquire
>Law Offices of Adrian J. Moody, P.C.
>1616 Walnut Street, Suite 700
>Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Sheldon N. Sandler
>Sheldon N. Sandler, Esquire (No. 0245)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>Telephone: (302) 571-6673
>Facsimile: (302) 576-3330
>Email:  ssandler@ycst.com
>Attorneys for Defendants

Dated:   October 12, 2006