IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY JONES-HOUSLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-168-JJF |
| | ) |
| MBNA AMERICA BANK, NA, | ) |
| WILLIAM CHRISTIE, | ) |
| DIANE CANNATO, WILLIAM HALL, | ) |
| AND GREG YANTZ | ) |
| | ) |
|     Defendants. | ) |

### RE-NOTICE OF DEPOSITION

TO:  Arthur M. Krawitz, Esquire                         Adrian J. Moody, Esquire
       Doroshow, Pasquale, Krawitz, Siegel &         Stacy L. Shields, Esquire
       Bhaya                                                     Law Offices of Adrian J. Moody, P.C.
       1202 Kirkwood Highway                       1616 Walnut Street, Suite 700
       Wilmington, DE 19805                           Philadelphia, PA 19103

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Stacy Jones-Housley, on Wednesday, November 22**, at **9:30 a.m**. and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            /s/ Sheldon N. Sandler_____
                            Sheldon N. Sandler, Esquire (No. 245)
                            Margaret M. DiBianca, Esquire (No. 4539)
                            The Brandywine Building, 17th Floor
                            1000 West Street
                            P.O. Box 391, Wilmington, Delaware 19899-0391
                            Telephone: (302) 571-6673, 571-5008
                            Facsimile: (302) 576-3330, 576-3476
                            Email: ssandler@ycst.com, mdibianca@ycst.com
                            Attorneys for Defendants

DATED:    November 9, 2006
cc:           Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on **November 9, 2006**, I electronically filed a **Re-Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following: **Arthur M. Krawitz, Esquire.** I hereby certify that on **November 9, 2006**, I have mailed by United States Postal Service, the document to the following non-registered participant:

>Adrian J. Moody, Esquire
>Stacy L. Shields, Esquire
>Law Offices of Adrian J. Moody, P.C.
>1616 Walnut Street, Suite 700
>Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Sheldon N. Sandler
>Sheldon N. Sandler, Esquire (No. 0245)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6673
>Facsimile: (302) 576-3330
>Email: ssandler@ycst.com
>Attorneys for Defendants