IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY JONES-HOUSLEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-168-JJF |
| : | |
| MBNA AMERICA BANK, NA, et al., : | |
| : | |
| Defendants. : | |

## **ORDER**

At Wilmington this **8th** day of **February, 2007**,

IT IS ORDERED that the mediation conference scheduled for Monday, February 26, 2007 at 10:00 a.m. shall begin at **12:00 Noon.** All other provisions of the Court's June 26, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE