IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STACY JONES-HOUSLEY, :
:
    Plaintiff, :
:
v. : Civil Action No. 06-168-JJF
:
MBNA AMERICA BANK, NA, WILLIAM :
CHRISTIE, DIANE CANNATO, :
WILLIAM HALL, and GREG YANTZ, :
:
    Defendants. :

**O R D E R**

WHEREAS, the Court understands that the parties have reached a settlement in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned action is **DISMISSED**.

2. Any party may seek leave to vacate this Order and reopen this action if the settlement is not consummated.

\_\_March 1, 2007\_\_      \_\_\_\_/s/ Joseph J. Farnan\_\_\_\_
    Date                          UNITED STATES DISTRICT JUDGE