IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY JONES-HOUSLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    C.A. No. 06-168-JJF |
| | ) |
| MBNA AMERICA BANK, NA, | ) |
| WILLIAM CHRISTIE, | ) |
| DIANE CANNATO, WILLIAM HALL, | ) |
| AND GREG YANTZ | ) |
| | ) |
|     Defendants. | ) |

## STIPULATION OF DISMISSAL

THE PARTIES HERETO STIPULATE AND AGREE that this action is hereby dismissed with prejudice, with each party to bear his, her or its own costs and attorneys' fees.

    /s/    Adrian J. Moody
Adrian J. Moody, Esquire (Pa. No. 35361)
Stacy L. Shields, Esquire (Pa. No. 71839)
LAW OFFICES OF ADRIAN J. MOODY, P.C.
1616 Walnut Street - Suite 700
Philadelphia, PA 19103
Telephone: (215) 735-2400
Email: ajmoody@bellatlantic.net
Attorneys for Plaintiff


    /s/    Sheldon N. Sandler
Sheldon N. Sandler (DE. #245)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
ssandler@ycst.com
Attorneys for Defendants

DATED: March 6, 2007

DB02:5827984.1                                                                                                       065872.1001